FILED
ASHEVILLE, N.C.

OCT 16 2018

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:18mj104 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO UNSEAL** |
| JEROMIE DAVID STONE | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced case be unsealed.

This the  16th  day of  October , 2018.

_____
DAVID KEESLER
UNITED STATES MAGISTRATE JUDGE